LOUIS A. LEONE, ESQ. (SBN: 099874)
CLAUDIA LEED, ESQ. (SBN: 122676)
**LEONE & ALBERTS**
A Professional Corporation
1390 Willow Pass Road, Suite 700
Concord, CA 94520
Telephone:   (925) 974-8600
Facsimile:    (925) 974-8601
Email: lleone@leonealberts.com
              cleed@leonealberts.com

Attorneys for Defendants
OAKLAND UNIFIED SCHOOL DISTRICT, JEFF GODOWN, DONALD PERRIER

DAN SIEGEL, ESQ. (SBN: 056400)
EMILYROSE JOHNS, ESQ. (SBN: 294319)
SIEGEL, YEE, BRUNNER & MEHTA
475 14th Street, Suite 500
Oakland, California 94612
Telephone: (510) 839-1200
Facsimile: (510) 444-6698
Email: danmsiegel@gmail.com
              emilyrose@siegelyee.com

Attorneys for Plaintiffs
SARU JAYARAMAN, STEPHEN YOUNG, MARTIN BOYDEN, ZACH NORRIS, DEIRDRE SNYDER, MIKE LOUDEN, AMY HARUYAMA, and ERIC PETTENGILL

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SARU JAYARAMAN, STEPHEN YOUNG, MARTIN BOYDEN, ZACH NORRIS, DEIRDRE SNYDER, MIKE LOUDEN, AMY HARAYAMA, and ERIC PETTENGILL,<br><br>            Plaintiffs,<br><br>       vs.<br><br>OAKLAND UNIFIED SCHOOL DISTRICT; JEFF GODOWN, POLICE CHIEF; DONALD PERRIER, POLICE SERGEANT, and DOES 1 through 20,<br><br>            Defendants. | Case No.:   4:20-CV-00685-VC<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING DEFENDANTS' WAIVER OF IMMUNITY UNDER THE ELEVENTH AMENDMENT** |

1

The parties to the above captioned action hereby stipulate by and through their undersigned counsel of record as follows:

WHEREAS, on January 30, 2020 the plaintiffs filed the above captioned action in this Court. (DKT 1)

WHEREAS, the action contains federal claims for violation of the First and Fourth Amendments, and state causes of action for false arrest, battery, negligence and violation of California Civil Code Section 52.1 (Bane Act). The complaint names as defendants the Oakland Unified School District, Oakland Unified School District Police Department Chief of Police Jeff Godown and Sergeant Donald Perrier.  Chief Godown and Sergeant Perrier are sued in the individual and official capacities.

WHEREAS, to the extent Chief Godown and Sergeant Perrier are sued in their official capacities, they are immune from suit in federal court pursuant to the Eleventh Amendment to the United States Constitution.  The Oakland Unified School District is also immune from suit in federal court pursuant to the Eleventh Amendment to the United States Constitution.

WHEREAS, as a material condition of the Defendants' agreement to not file a motion to dismiss the action pursuant to FRCP Rule 12 (b) (2) on grounds that the Defendants are immune from suit in federal court pursuant the Eleventh Amendment the parties agree as follows:

1. Defendants' consent to federal jurisdiction in this matter does not constitute a waiver of any other defenses the Defendants have to any of state causes of action and/or federal claims asserted by the plaintiffs herein.  Such defenses include but are not limited to that the Defendants are "not persons" for the purposes of an action brought pursuant to 42 U.S.C. sections 1981, 1983, 1986, 1985, 1987. E.g. Will v Michigan Department of State Police 491 U.S. 58 (1989); Lapides v. Board of Regents of University System of Georgia, 535 U.S. 613, 624 (2002); Kirchmann v. Lake Elsinore Unified School Dist. 83 Cal. App. 4th 1098, 1115 (2000) Belanger v. Madera Unified School Dist. 963 F.2d 248, 251 (9th Cir.1992); cert. denied, 507 U.S. 919 (1993).

2. The parties agree that in the course of the litigation, should the federal court dismiss the federal claims or grant judgment to the defendants on such claims, the litigation shall remain in federal court unless the federal court orders otherwise.

3. The plaintiffs agree to not file a parallel action in state court arising out of the same subject matter as the instant lawsuit.

**IT IS SO STIPULATED:**

Dated: February 21, 2020    **LEONE & ALBERTS**

By: /s/, Claudia Leed, Esq.
LOUIS A. LEONE, ESQ.
CLAUDIA LEED, ESQ.
Attorneys for Defendants
OAKLAND UNIFIED SCHOOL DISTRICT,
CHIEF JEFF GODOWN, SERGENT DONALD PERRIER

Dated: February 21, 2020    **SIEGEL, YEE, BRUNNER & MEHTA**

By: /s/, Dan Siegel, Esq.
DAN SIEGEL, ESQ.
Attorneys for Plaintiffs
SARU JAYARAMAN, STEPHEN YOUNG, MARTIN BOYDEN, ZACH NORRIS, DEIRDRE SYNDER, MIKE LOUDEN, AMY HARUYAMA, and ERIC PETTENGILL

**ORDER**

Pursuant to the Stipulation of the parties and good cause appearing,

**IT IS SO ORDERED:**

Dated: February 24, 2020

VINCE CHHABRIA
UNITED STATES DISTRICT COURT JUDGE

3