LOUIS A. LEONE, ESQ. (SBN: 099874)
CLAUDIA LEED, ESQ. (SBN: 122676)
SETH L. GORDON, ESQ. (SBN: 262653)
**LEONE & ALBERTS**
A Professional Corporation
1390 Willow Pass Road, Suite 700
Concord, CA 94520
Telephone:   (925) 974-8600
Facsimile:   (925) 974-8601
Email: lleone@leonealberts.com
          cleed@leonealberts.com
          sgordon@leonealberts.com

Attorneys for Defendants
OAKLAND UNIFIED SCHOOL DISTRICT,
JEFF GODOWN, DONALD PERRIER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SARU JAYARAMAN, STEPHEN YOUNG, MARTIN BOYDEN, ZACH NORRIS, DEIRDRE SNYDER, MIKE LOUDEN, AMY HARAYAMA, and ERIC PETTENGILL,<br><br>             Plaintiffs,<br><br>     vs.<br><br>OAKLAND UNIFIED SCHOOL DISTRICT; JEFF GODOWN, POLICE CHIEF; DONALD PERRIER, POLICE SERGEANT, and DOES 1 through 20,<br><br>             Defendants, | Case No.:   3:20-CV-00685-VC<br><br><br>**NOTICE OF APPEARANCE OF SETH L. GORDON, ESQ. AS COUNSEL OF RECORD FOR DEFENDANTS** |

        TO THE HONORABLE COURT AND TO ALL PARTIES AND THEIR COUNSEL

OF RECORD HEREIN:

        I, Seth L. Gordon, of Leone & Alberts, hereby enters my appearance as counsel

of record for defendant Alameda Unified School District in this matter.

        I join Louis A. Leone (lleone@leonealberts.com) and Claudia Leed

1

(cleed@leonealberts.com), both also with the law firm of Leone & Alberts, in representing the defendant identified above in this action.

I am licensed to practice law in California, and I am admitted to practice in the Northern District of California.  I am also a registered ECF user.

My contact information is as follows:

Seth L. Gordon, Esq.
Leone & Alberts, APC
1390 Willow Pass Road, Suite 700
Concord, CA 94520
Tel: (925) 974-8600
Fax: (925) 974-8601
Email: sgordon@leonealberts.com.

Please serve me, as well as Louis A. Leone and Claudia Leed, with all pleadings, notices, and other papers in this action.

Dated:  March 30, 2020                **LEONE & ALBERTS**

By: _____
LOUIS A. LEONE, ESQ.
CLAUDIA LEED, ESQ.
Attorney for Defendants
OAKLAND UNIFIED SCHOOL DISTRICT,
JEFF GODOWN and DONALD PERRIER

2

NOTICE OF APPEARANCE OF SETH L. GORDON, ESQ. AS                CASE NO. 4:20-CV-00685-VC
COUNSEL OF RECORD FOR DEFENDANTS