UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHEN YOUNG, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>OAKLAND UNIFIED SCHOOL DISTRICT, et al.,<br><br>    Defendants. | Case No. 20-cv-00685-VC<br><br>**ORDER RE AMENDED COMPLAINT**<br><br>Re: Dkt. No. 21, 26 |

In light of the plaintiffs' filing of an amended complaint, Dkt. No. 26, the defendants' motion to dismiss, Dkt. No. 21, is denied as moot. The defendants are directed to file any answers or motions to dismiss related to the amended complaint within 14 days of this order.

**IT IS SO ORDERED.**

Dated: April 15, 2020

VINCE CHHABRIA
United States District Judge