DAN SIEGEL, SBN 056400
EMILYROSE JOHNS, SBN 294319
SIEGEL, YEE, BRUNNER & MEHTA
475 14th Street, Suite 500
Oakland, California 94612
Telephone: (510) 839-1200
Facsimile: (510) 444-6698
Emails: danmsiegel@gmail.com;
emilyrose@siegelyee.com

Attorneys for Claimants
SARU JAYARAMAN, STEPHEN YOUNG,
MARTIN BOYDEN, ZACH NORRIS,
DEIRDRE SNYDER, MIKE LOUDEN,
AMY HARUYAMA, and ERIC
PETTENGILL

LOUIS A. LEONE, ESQ. (SBN: 099874)
CLAUDIA LEED, ESQ. (SBN: 122676)
SETH L. GORDON, ESQ. (SBN: 262653)
LEONE & ALBERTS
A Professional Corporation
1390 Willow Pass Road, Suite 700
Concord, CA 94520
Telephone: (925) 974-8600
Facsimile: (925) 974-8601
Emails: lleone@leonealberts.com
cleed@leonealberts.com
sgordon@leonealberts.com

ATTORNEYS FOR DEFENDANTS
OAKLAND UNIFIED SCHOOL DISTRICT,
JEFF GODOWN, DONALD PERRIER

# UNITED STATES DISTRICT COURT

# DISTRICT OF NORTHERN CALIFORNIA

| | |
|---|---|
| SARU JAYARAMAN, STEPHEN YOUNG, MARTIN BOYDEN, ZACH NORRIS, DEIRDRE SNYDER, MIKE LOUDEN, AMY HARUYAMA, and ERIC PETTENGILL,<br><br>Claimants,<br><br>vs.<br><br>OAKLAND UNIFIED SCHOOL DISTRICT; JEFF GODOWN, POLICE CHIEF; DONALD PERRIER, POLICE SERGEANT, and DOES 1 through 20,<br><br>Respondents. | Case No. 3:20-cv-00685-VC<br><br>**STIPULATION AND [PROPOSED] ORDER TO VACATE DEFENDANTS' DEADLINE TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFFS' FIRST AMENDED COMPLAINT AND TO SCHEDULE THE FILING OF AND RESPONSE TO A SECOND AMENDED COMPLAINT** |

The parties to the above captioned litigation hereby stipulate by and through their undersigned counsel of record as follows:

Plaintiffs filed their First Amended Complaint in this matter on April 10, 2020. (ECF No. 28.) On April 15, 2020, the Court ordered defendants to Answer or move to

1  dismiss plaintiffs' First Amended Complaint within 14 days of the Court's Order. (ECF
2  No. 29.). Pursuant to this Court's order, Defendants' response to the First Amended
3  Complaint was due filed by April 29, 2020.
4       On April 15, 2020, the parties exchanged initial disclosures. In doing so,
5  plaintiffs learned the identities of the parties previously presented as DOE defendants.
6  Plaintiffs intend to file a Second Amended Complaint to name the identities of the DOE
7  defendants.
8       Defendants have identified issues with plaintiffs' First Amended Complaint that
9  they had intended to address with a Motion to Dismiss. However, the parties agree that
10  judicial economy may best be served by meeting and conferring over plaintiffs'
11  proposed Second Amended Complaint to determine whether it resolves defendants'
12  concerns.
13       The parties agree that the defendants do not have to respond to the First
14  Amended Complaint in view of the plaintiffs' intention to file a Second Amended
15  Complaint.
16       Plaintiffs will provide defendants with the proposed Second Amended Complaint
17  by April 27, 2020.  Plaintiffs will redline or highlight the changes incorporated into the
18  proposed Second Amended Complaint. The parties will then meet and confer regarding
19  the proposed Second Amended Complaint
20       If the parties are successful in their efforts to meet and confer, the parties will
21  stipulate to a proposed order permitting the filing of a Second Amended Complaint.
22  The stipulation and proposed order will require defendants to Answer the Second
23  Amended Complaint by May 22, 2020.
24  ///
25  ///
26  ///
27
28

*Jayaraman v. OUSD*, No. 3:20-cv-00685-VC
Stipulation and [Proposed] Order to Vacate Defendants' Deadline to Answer or Otherwise Respond to Plaintiffs' First Amended Complaint and to Schedule the Filing of and Response to a Second Amended Complaint - 2

1  However, if the parties cannot resolve their dispute regarding the Second Amended Complaint by May 8, 2020, defendants will stipulate to the filing of plaintiffs' Second Amended Complaint on May 8, 2020 and will file their Motion to Dismiss by May 22, 2020.

It is so stipulated.

Dated: April 25, 2020

        SIEGEL, YEE, BRUNNER & MEHTA

        By   /s/EmilyRose Johns
           EmilyRose Johns

        Attorneys for Plaintiffs
        SARU JAYARAMAN, STEPHEN YOUNG,
        MARTIN BOYDEN, ZACH NORRIS,
        DEIRDRE SNYDER, MIKE LOUDEN,
        AMY HARUYAMA, and ERIC PETTENGILL

Dated: April 25, 2020

        LEONE & ALBERTS

        By   /s/Claudia Leed
           Claudia Leed

        Attorneys for Defendants
        OAKLAND UNIFIED SCHOOL DISTRICT,
        JEFF GODOWN, and DONALD PERRIER

**[PROPOSED] ORDER**

Pursuant to stipulation and good cause showing, IT IS SO ORDERED.

Dated: April ___, 2020

_____
Hon. Vince Chhabria
United States District Judge