| | |
|---|---|
| DAN SIEGEL, SBN 056400<br>EMILYROSE JOHNS, SBN 294319<br>SIEGEL, YEE, BRUNNER & MEHTA<br>475 14th Street, Suite 500<br>Oakland, California 94612<br>Telephone: (510) 839-1200<br>Facsimile: (510) 444-6698<br>Emails: danmsiegel@gmail.com;<br>emilyrose@siegelyee.com<br><br>Attorneys for Claimants<br>SARU JAYARAMAN, STEPHEN YOUNG,<br>MARTIN BOYDEN, ZACH NORRIS,<br>DEIRDRE SNYDER, MIKE LOUDEN,<br>AMY HARUYAMA, and ERIC<br>PETTENGILL | LOUIS A. LEONE, ESQ. (SBN: 099874)<br>CLAUDIA LEED, ESQ. (SBN: 122676)<br>SETH L. GORDON, ESQ. (SBN: 262653)<br>LEONE & ALBERTS<br>A Professional Corporation<br>1390 Willow Pass Road, Suite 700<br>Concord, CA 94520<br>Telephone: (925) 974-8600<br>Facsimile: (925) 974-8601<br>Emails: lleone@leonealberts.com<br>cleed@leonealberts.com<br>sgordon@leonealberts.com<br><br>ATTORNEYS FOR DEFENDANTS<br>OAKLAND UNIFIED SCHOOL DISTRICT,<br>JEFF GODOWN, DONALD PERRIER |

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NORTHERN CALIFORNIA**

| | |
|---|---|
| SARU JAYARAMAN, STEPHEN YOUNG, MARTIN BOYDEN, ZACH NORRIS, DEIRDRE SNYDER, MIKE LOUDEN, AMY HARUYAMA, and ERIC PETTENGILL,<br><br>　　　　Claimants,<br><br>vs.<br><br>OAKLAND UNIFIED SCHOOL DISTRICT; JEFF GODOWN, POLICE CHIEF; DONALD PERRIER, POLICE SERGEANT, and DOES 1 through 20,<br><br>　　　　Respondents. | Case No. 3:20-cv-00685-VC<br><br>**STIPULATION AND [PROPOSED] ORDER TO VACATE DEFENDANTS' DEADLINE TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFFS' FIRST AMENDED COMPLAINT AND TO SCHEDULE THE FILING OF AND RESPONSE TO A SECOND AMENDED COMPLAINT** |

The parties to the above captioned litigation hereby stipulate by and through their undersigned counsel of record as follows:

Plaintiffs filed their First Amended Complaint in this matter on April 10, 2020. (ECF No. 28.) On April 15, 2020, the Court ordered defendants to Answer or move to

---

*Jayaraman v. OUSD*, No. 3:20-cv-00685-VC
Stipulation and [Proposed] Order to Vacate Defendants' Deadline to Answer or Otherwise Respond to Plaintiffs' First Amended Complaint and to Schedule the Filing of and Response to a Second Amended Complaint - 1

1 | dismiss plaintiffs' First Amended Complaint within 14 days of the Court's Order. (ECF
2 | No. 29.). Pursuant to this Court's order, Defendants' response to the First Amended
3 | Complaint was due filed by April 29, 2020.

    On April 15, 2020, the parties exchanged initial disclosures. In doing so, plaintiffs learned the identities of the parties previously presented as DOE defendants. Plaintiffs intend to file a Second Amended Complaint to name the identities of the DOE defendants.

    Defendants have identified issues with plaintiffs' First Amended Complaint that they had intended to address with a Motion to Dismiss. However, the parties agree that judicial economy may best be served by meeting and conferring over plaintiffs' proposed Second Amended Complaint to determine whether it resolves defendants' concerns.

    The parties agree that the defendants do not have to respond to the First Amended Complaint in view of the plaintiffs' intention to file a Second Amended Complaint.

    Plaintiffs will provide defendants with the proposed Second Amended Complaint by April 27, 2020. Plaintiffs will redline or highlight the changes incorporated into the proposed Second Amended Complaint. The parties will then meet and confer regarding the proposed Second Amended Complaint

    If the parties are successful in their efforts to meet and confer, the parties will stipulate to a proposed order permitting the filing of a Second Amended Complaint. The stipulation and proposed order will require defendants to Answer the Second Amended Complaint by May 22, 2020.

///
///
///

  However, if the parties cannot resolve their dispute regarding the Second Amended Complaint by May 8, 2020, defendants will stipulate to the filing of plaintiffs' Second Amended Complaint on May 8, 2020 and will file their Motion to Dismiss by May 22, 2020.

  It is so stipulated.

Dated: April 25, 2020

SIEGEL, YEE, BRUNNER & MEHTA

By  /s/EmilyRose Johns
 EmilyRose Johns

Attorneys for Plaintiffs
SARU JAYARAMAN, STEPHEN YOUNG, MARTIN BOYDEN, ZACH NORRIS, DEIRDRE SNYDER, MIKE LOUDEN, AMY HARUYAMA, and ERIC PETTENGILL

Dated: April 25, 2020

LEONE & ALBERTS

By  /s/Claudia Leed
 Claudia Leed

Attorneys for Defendants
OAKLAND UNIFIED SCHOOL DISTRICT, JEFF GODOWN, and DONALD PERRIER

**[PROPOSED] ORDER**

Pursuant to stipulation and good cause showing, IT IS SO ORDERED.

Dated: April 27, 2020



_____
Hon. Vince Chhabria
United States District Judge

---

*Jayaraman v. OUSD*, No. 3:20-cv-00685-VC
Stipulation and [Proposed] Order to Vacate Defendants' Deadline to Answer or Otherwise Respond to Plaintiffs' First Amended Complaint and to Schedule the Filing of and Response to a Second Amended Complaint - 4