UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHEN YOUNG, et al.,<br><br>          Plaintiffs,<br><br>    v.<br><br>OAKLAND UNIFIED SCHOOL DISTRICT, et al.,<br><br>          Defendants. | Case No. 20-cv-00685-VC   (SK)<br><br>**NOTICE OF TELEPHONIC SCHEDULING CONFERENCE FOR SETTLEMENT CONFERENCE** |

TO ALL PARTIES AND COUNSEL OF RECORD:

You are hereby notified that the Court will hold a telephonic Scheduling Conference in preparation for the Settlement Conference on **May 8, 2020 at 9:00 AM**.  Counsel shall use the following dial-in information to access the call:

**Dial in: (877) 336-1831**

**Passcode: 1598603**

On the telephonic conference call, counsel must be prepared to discuss and set a date for settlement conference and must provide firm dates which they and their clients can attend. Counsel should communicate with their clients about availability before the telephone conference call or have their clients participate in the telephone conference call to confirm a settlement date.

**IT IS SO ORDERED.**

Dated: April 30, 2020

_____
SALLIE KIM
United States Magistrate Judge